UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHERYL BROWN, )<br>  )<br>     Plaintiff, )<br>  )<br>     v. )<br>  )<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>  )<br>     Defendant. ) | 1:12-cv-00286-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 28, 2013, the Recommended Decision is accepted.

Accordingly, is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 17th day of July, 2013